### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 4:07cr43-SPM

JOSEPH L. ARMSTRONG
   a/k/a Pepsi Joe
_____/

### MOTION TO UNSEAL INDICTMENT

The United States of America requests this Court issue an Order sealing the indictment returned by the Grand Jury in this case, and in support of this motion states as follows:

1.   The defendant has been arrested this morning in the Southern District of Florida based upon a warrant issued as a result of the Indictment in this case. The defendant is being taken to the nearest available United States Magistrate Judge in the Fort Pierce Division of the Southern District of Florida for an initial appearance and a F.R.Cr. P. 5 removal hearing.

2.   In order to accommodate the initial appearance of the defendant, the defendant must be provided with a copy of the Indictment. The unsealing of the Indictment in this case would therefore be appropriate, and there is no further reason to keep the Indictment in this case under seal.

WHEREFORE, it is respectfully requested that the Court unseal the Indictment in this matter.

Respectfully submitted, this 16th day of July, 2007.

GREGORY R. MILLER
UNITED STATES ATTORNEY

STEPHEN M. KUNZ
Assistant United States Attorney
Florida Bar No. 0322415
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

### ORDER

The government's motion is granted.

DONE AND ORDERED this the 16th day of July, 2007.

WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

2