IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs.                                                  Case No. 4:07cr43-SPM

**JOSEPH L. ARMSTRONG**
    **a/k/a Pepsi Joe**

        Defendant

_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On July 10, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued a Sealed Indictment against the Defendant, charging him with conspiracy to distribute and posses with intent to distribute more than five kilograms of cocaine, in violation of Title 21, United States Code, 846 and 841(b)(1)(A)(ii).

2. The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3. On November 27, 2007, a jury returned a verdict, finding the Defendant guilty on the only charge of the Indictment.

4. On November 27, 2007, a jury returned a special verdict for forfeiture, finding that the property described above facilitated violations of Title 21, United States Code.

5. The United States seeks forfeiture of the following real property:

  (A)  1132 N LAKE DRIVE, LORIDA, FLORIDA 33857, with all improvements and appurtenances thereon, and more particularly described as:

    The SW 1/4 of the NW 1/4 of the NW 1/4 of Section 9, less West 33 foot road right of way in Township 35 South, Range 31 East, Highlands County, Florida. (10 acres more or less)  Strap No. C-09-35-31-A00-0050.0000. Subject to easements and restrictions of record.

  6.  The United States is entitled to possession of the above-described property pursuant to 21 U.S.C. § 853;

it is hereby

  ORDERED, ADJUDGED and DECREED that based on the foregoing, the Defendant's interest the following property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853:

  (A)  1132 N LAKE DRIVE, LORIDA, FLORIDA 33857, with all improvements and appurtenances thereon, and more particularly described as:

    The SW 1/4 of the NW 1/4 of the NW 1/4 of Section 9, less West 33 foot road right of way in Township 35 South, Range 31 East, Highlands County, Florida. (10 acres more or less)  Strap No. C-09-35-31-A00-0050.0000. Subject to easements and restrictions of record.

It is further

  ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States of America shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United

States shall:

     1.     State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

     2.     To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 20th day of December, 2007, at Tallahassee, Florida.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge