IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:07cr43-SPM

JOSEPH L. ARMSTRONG,

     Defendant.
_____/

## ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT

Pursuant to Defendant's death pending his direct appeal and the order (doc. 86) issued by the Eleventh Circuit Court of Appeals, it is

ORDERED AND ADJUDGED:

1. The Judgment (doc. 57) is vacated.

2. The indictment (doc. 1) is dismissed.

DONE AND ORDERED this 20th day of February, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge